■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HILL, Also Known as ANTHONY HARRIS, Appellant. [731 NYS2d 741] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered July 8, 1999, convicting him of criminal possession of a weapon in the third degree, assault in the second degree (two counts), and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Police officers observed that a pocket of the defendant's down jacket was weighted down with a gun-shaped object. The officers stopped to inquire of the defendant, who fled. While chasing the defendant, the officers saw the defendant draw a gun from his pocket. Two of the officers were injured while attempting to arrest the defendant.

Since the initial stop was justified by the reasonable suspicion that the defendant possessed a gun (*see, People v Prochilo,* 41 NY2d 759, 762; *People v Drone,* 272 AD2d 53; *People v Wright,* 253 AD2d 720; *People v Rogers,* 121 AD2d 481), the police were justified in pursuing the defendant when he fled and then displayed a weapon (*see, People v Matienzo,* 81 NY2d 778, 780; *People v Martinez,* 80 NY2d 444, 448; *People v Selby,* 220 AD2d 544, 545). Thus, the officers were engaged in

a lawful activity when they were injured by the defendant, and the convictions of assault in the second degree are supported by legally sufficient evidence (*see,* Penal Law § 120.05 [3]; *People v Voliton,* 83 NY2d 192, 197; *People v Sawyer,* 270 AD2d 293, 294; *cf., People v Contes,* 60 NY2d 620).

The defendant's remaining contention is unpreserved for appellate review (*see,* CPL 470.05 [2]). Ritter, J. P., Florio, Feuerstein and Crane, JJ., concur.